1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

NITAYA MCGEE, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

HELLO BELLO CONSUMER WELLNESS, LLC,

Defendant.

Case No.:  5:25−cv−00467−FLA−DTB

**[~~PROPOSED~~] ORDER GRANTING STIPULATED PROTECTIVE ORDER**

[~~PROPOSED~~] ORDER

Having read and considered the Parties Stipulated Protective Order, and finding GOOD CAUSE SHOWN, the Stipulated Protective Order is granted.

**IT IS SO ORDERED**.

DATED: June 4, 2025

_____
Hon. David T. Bristow
United States Magistrate Judge