CROSNER LEGAL, P.C.
Craig W. Straub (SBN 249032)
craig@crosnerlegal.com
Zachary M. Crosner (SBN 272295)
zach@crosnerlegal.com
9440 Santa Monica Blvd. Suite 301
Beverly Hills, CA 90210
Tel: (866) 276-7637
Fax: (310) 510-6429

Attorneys for Plaintiff Nitaya McGee

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NITAYA MCGEE and AISHA RAMSARAN, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HELLO BELLO CONSUMER WELLNESS, LLC,<br><br>Defendant. | Case No. 5:25-cv-00467-FLA-DTB<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO STAY MATTER**<br><br>Judge:  Fernando L. Aenlle-Rocha<br><br>Complaint Filed: December 4, 2024 |

NOTICE OF SETTLEMENT AND REQUEST TO STAY MATTER

Pursuant to Local Rules 16-15.7 and 40-2, Plaintiffs Nitaya McGee and Aisha Ramsaran ("Plaintiffs") and Defendant Hello Bello Consumer Wellness, LLC ("Defendant") (collectively, the "Parties") hereby notify the Court that the Parties have agreed to a resolution of this matter in its entirety that will result in the filing of a Stipulation of Dismissal. The dismissal of any class claims will be *without prejudice*. The Parties are working to finalize a settlement agreement as soon as possible.

To avoid any further expense, and in the interests of judicial economy, the Parties apply to this Court to stay the matter for twenty-eight (28) days, *i.e.*, up to and including August 29, 2025, to permit the Parties to finalize and file a settlement agreement and stipulation of dismissal.

Dated: July 31, 2025

CROSNER LEGAL, P.C.

By: _____/s/ Craig W. Straub_____
CRAIG W. STRAUB

Craig W. Straub (SBN 249032)
craig@crosnerlegal.com
Zachary M. Crosner (SBN 272295)
zach@crosnerlegal.com
9440 Santa Monica Blvd. Suite 301
Beverly Hills, CA 90210
Tel: (866) 276-7637
Fax: (310) 510-6429

Attorneys for Plaintiffs

Dated: July 31, 2025

NORTON ROSE FULBRIGHT US LLP

By: _____/s/ Eva Yang_____
EVA YANG

Jeffrey Margulies (SBN 126002)
jeff.margulies@nortonrosefulbright.com
Eva Yang (SBN 306215)
eva.yang@nortonrosefulbright.com
Alina Gatto (SBN 341169)

1  alina.gatto@nortonrosefulbright.com
555 South Flower Street, 41st Floor
2  Los Angeles, California 90071
Tel: (213) 892-9200
3  Fax: (213) 892-9494
4
5  Attorneys for Hello Bello Consumer Wellness. LLC
6
## SIGNATURE ATTESTATION

The filer of this document attests that all signatories have concurred in its filing.

Dated: July 31, 2025                CROSNER LEGAL, P.C.

                                    By:       /s/ Craig W. Straub
                                             CRAIG W. STRAUB

                                    Attorney for Plaintiffs